IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | No.   1:07-cr-00862 - 3 |
| CRISTINA SAVU | |

**DEFENDANT CRISTINA SAVU'S MOTION FOR RELEASE FROM DETENTION**

NOW COMES the Defendant, CRISTINA SAVU, by and through her attorney, JOHN T. THEIS, and moves this Honorable Court for an order allowing her release from pretrial detention in this cause stating in support thereof as follows:

1. Defendant has been charged in an indictment before this Court with participating in a scheme to defraud, in violation of Title 18 U.S.C. § 1343.

2. Defendant is a 25 year old native of Romania with no prior criminal record who has lived in the Chicago area since April of 2006; prior to her coming to Chicago, she lived in Atlanta, Georgia, where she was participating in a training program through Hilton Hotels where she legally entered the United States, although she currently has extended her stay in the United States beyond the terms of her original contract and visa.

3. Defendant has been in custody in this case since approximately April 7, 2008, and is currently housed in the facility in Kankakee, Illinois.

4. Defendant was living at the time of her arrest with an individual, George Aguilera, who is a United States citizen, who has been dating the Defendant for one year.

5. Defendant intends to return to live with Mr. Aguilera should she be released on bond, and will continue employment in the Chicago area, if allowed to by this Court.

6.	Defendant has been in communication with her parents in Romania, and they are willing to post a cash bond for Defendant if this Court felt that was necessary to assure her appearance; Defendant could also be required to surrender her Romanian passport, and would be willing to be subject to an electronic monitor were she to be released; her father is a lawyer and prosecutor in Romania, and Defendant's family are highly respected members of the community who will provide support for Defendant, should she be released on bond.

7.	The above conditions and combination of circumstances would reasonably assure that the Defendant would appear in Court in this case, which Defendant expects to be resolved short of trial.

WHEREFORE, the Defendant CRISTINA SAVU respectfully requests that this Court order her release from pretrial detention, and requests a hearing on this motion.

Respectfully submitted,

s/John T. Theis
JOHN T. THEIS
Barrister Hall - Suite 220
29 South La Salle Street
Chicago, IL 60603
Phone:  (312) 782-1121
Fax:    (312) 782-2852
theislaw@aol.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 13, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants.

                                                s/[John T. Theis]
                                                JOHN T. THEIS
                                                Barrister Hall - Suite 220
                                                29 South La Salle Street
                                                Chicago, IL 60603
                                                Phone:  (312) 782-1121
                                                Fax:     (312) 782-2852
                                                theislaw@aol.com

F:\Clancy\AATHEIS\2006\Savu\motrelease.wpd