IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | No.   1:07-cr-00862 - 3 |
| CRISTINA SAVU | |

**NOTICE OF MOTION**

    PLEASE TAKE NOTICE THAT on Thursday, June 19, 2008, at 9:30 a.m., I shall appear before Judge Matthew F. Kennelly in Courtroom 2103 of the U.S. District Courthouse, 219 South Dearborn Street, Chicago, IL 60604 and present Defendant Cristina Savu's Motion for Release from Detention (Document 34).

    Respectfully submitted,

    s/John T. Theis
    JOHN T. THEIS
    Barrister Hall - Suite 220
    29 South La Salle Street
    Chicago, IL 60603
    Phone:  (312) 782-1121
    Fax:     (312) 782-2852
    theislaw@aol.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 13, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants.

    s/[John T. Theis]
    JOHN T. THEIS
    Barrister Hall - Suite 220
    29 South La Salle Street
    Chicago, IL 60603
    Phone:  (312) 782-1121
    Fax:     (312) 782-2852
    theislaw@aol.com

F:\Clancy\AATHEIS\2006\Savu\notmot001.wpd