UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | No.  07 CR 862-3 |
| | ) | |
| CRISTINA SAVU | ) | Judge Matthew F. Kennelly |

## GOVERNMENT RESPONSE TO DEFENDANT'S MOTION FOR RELEASE FROM DETENTION

The UNITED STATES OF AMERICA, by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, submits the following response to defendant SAVU's motion for release on bond.   Because the defendant has not presented the Court with conditions that adequately assure her appearance for trial, the Court should deny defendant's motion for release on bond.

1.     There is an abundance of evidence in this case which demonstrates that SAVU presents a particularly high risk of flight.

2.     Defendant has no significant ties to the United States.  According to the Pretrial Services Report, defendant SAVU is not lawfully present in this country, was unemployed prior to her arrest, has no significant assets, and her family members live in Romania.

3.     Defendant has repeatedly demonstrated that she has the means to change her identity and obtain funds which could sustain her while a fugitive.

a.     As part of the charged scheme to defraud, between approximately April 2006 and November 2007, SAVU used counterfeit and fraudulent driver's licenses

and passports in the following alias names to receive fraud proceeds from Western Union agents and financial institutions: "Elena Kashimitros," "Michele Keolman," "Gretta Kollman," "Maria Miche," "Maya Morritz," "Dana Schawrzmann," "Dana Shotzwann," "Klaudia Vanboritz," "Eryka Wandez," and "Alissa Wonderbarch." *See Exhibit A*. Using these aliases, defendant received well more than $100,000 in cash fraud proceeds from internet fraud victims. Much of this activity occurred *after* SAVU was arrested by the Chicago Police Department in November 2006 while in possession of counterfeit identification documents.

      b.    During October 2006 and November 2006, a witness cooperating in the government's investigation of an organization producing counterfeit documents (the "Sanchez-Leija organization") consensually recorded multiple conversations with SAVU in which she arranged to receive counterfeit identification documents produced by the Sanchez-Leija organization.

      c.    At various times in December 2007, defendant SAVU communicated regularly through text messages with co-defendant Gabriel Toader while Toader was in Mexico preparing to illegally reenter the United States.

    4.    Defendant asserts in her motion that family members will post a cash bond to secure her appearance, but does not specify the amount of funds contemplated. If any funds are offered to secure a bond, the government will request a *Nebbia* hearing to determine the source of the funds because (i) defendant used the alias identification documents described above to obtain cash totaling well more than $100,000 from Western Union agents and banks between April 2006 and November 2007, (ii)

defendant wire transferred $24,500 to Cyprus during 2006 (*see Exhibit B*), and (iii) defendant did so while working in the scheme at the direction of co-defendant Gabriel Toader, who wire transferred more than $400,000 to financial accounts in Cyprus while participating in the scheme.

5. Defendant asserts that she will live with her boyfriend, George Aguilera, if released on bond. The government respectfully asserts that Mr. Aguilera is not an appropriate custodian. According to the Pretrial Services Report, Mr. Aguilera has a number of arrests and two criminal convictions. Additionally, Mr. Aguilera's residence is the subject of foreclosure proceedings in Cook County, according to a query of records maintained by Westlaw.

6. The weight of the evidence demonstrating defendant's guilt is strong -- a point which defendant appears to concede when noting in her motion that she expects the case to be resolved short of trial. In light of the scope of the scheme and significant financial losses suffered by hundreds of victims, it appears likely that the Court will impose a significant period of incarceration. At the conclusion of her sentence, defendant SAVU will almost certainly be deported from the United States.

7. Based upon the foregoing, the government asserts that defendant SAVU presents a serious risk of flight and that there is no set of conditions that will reasonably assure her appearance.

In light of the foregoing, the Court should deny defendant's request for pretrial release on bond.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney


By:    s/Brian Hayes
       BRIAN HAYES
       Assistant U.S. Attorney
       219 South Dearborn Street, 5th Fl.
       Chicago, Illinois 60604
       (312) 353-4307

Dated:  June 17, 2008

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned Assistant United States attorney hereby certifies that the following document:

**GOVERNMENT RESPONSE TO DEFENDANT'S**
<u>**MOTION FOR RELEASE FROM DETENTION**</u>

was served on **Tuesday, June 17, 2008,** in accordance with FED. R. CRIM. P. 49, FED. R. CIV.P.5, LR 5.5, and the General order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

By:    s/Brian Hayes
       **BRIAN HAYES**
       219 South Dearborn Street, 5th Floor
       Chicago, Illinois 60604
       (312) 353-4307

# EXHIBIT A



| Maria Miche | |
| --- | --- |
| Logan Square IL | Camera #4 |
| 10/12/07 10:34:02 AM CT | Tag: CE1192203243 |

**Bank of America**
**Corporate Security Department**
This photographic image is generated for the internal use of Bank of America.
Bank of America makes no representation or warranty of any kind with respect to
this photograph, film, videotape or digital image and specifically disclaims
liability to any persons or entities for all damages, losses, claims, or expenses
(including attorneys' fees) arising from the furnishing or subsequent use,
distribution or publication of this photograph, film, videotape or digital image.
Any use of this photograph, film, videotape or digital image by any party not
employed directly by Bank of America is undertaken at the risk of and is the sole
responsibility of the user.



GOVERNMENT
EXHIBIT
A


























**Agent Copy**

*Retain this statement per your Western Union Agency Agreeme*

```
NEW DEVON CENTRAL C.E.          OperID: 328
Money Transfer Receive          Sender: HUONG\DANG
MTCN:   3192921802    Receiver: DANA SHOTZWANN
Identification:1\S97284653\IOWA

Check#8329765450 $1000.00
Check#8329765451 $1000.00
Check#8329765452  $700.00
```

Agent Signature _____          Customer Signature _____



DANA SCHAWRZMANN
4050 MERLE HAY RD
DES MOINES, IA 50310

Nombre

lephone / Teléfono (opcional)    (        )

## DITIONAL INFORMATION
(licable)

INFORMACIÓN ADICIONAL
(de ser necesario)

ion (If Applicable)
s (de ser necesario)

er
es

er I.D.
ción del remitente

rmation Code
le Confirmación

NSUMER SIGNATURE

FIRMA DEL CLIENTE

* IF YOU R
ADDITIONA
TO CHECK (
IN CASH, P
YOUR AREA

*SI USTED
INCURRIR I
INCLUYEN
CHEQUE. SI
AL 1-800-32
QUE PAGAN

ion and its Agents may decline to accept or pay any money transfer that either of them determines i
ew or Western Union Policy. Western Union y sus Agentes podrian negarse a aceptar o a pagar cualc
erminara, a discreción propia, que ésta infringe cualquier ley o política de Western Union aplicable.

28-Feb-08  Case 1:07-cr-00862   Document 36-2   Filed 06/17/2008   Page 8 of 9
THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G27Feb08-1388
Sequence number   Posting date

## CHASE ◯

JPMorgan Chase Bank, N.A.
Illinois Market
P O Box 260180
Baton Rouge, LA 70826 - 0180

July 22, 2006 through August 18, 2006
Account Number: 0,



### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| WebSite: | www.Chase.com |
| Service Center: | 1-877-226-5663 |
| Hearing Impaired: | 1-888-663-4833 |
| Para Espanol: | 1-888-226-5663 |

00045486 DDA 111 KB 23108 - YYN T 1 000000000 14 0000
CRISTINA M SAVU

APT 205
CHICAGO IL 60660-2703

### CHECKING SUMMARY     Chase Basic Checking

| | AMOUNT |
|---|---|
| Beginning Balance | $80.00 |
| Deposits and Additions | 16,520.00 |
| Electronic Withdrawals | - 16,500.00 |
| Other Withdrawals, Fees & Charges | - 40.00 |
| Ending Balance | $80.00 |

Your monthly service fee was waived because you maintained a positive minimum balance throughout the statement period.

### DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 08/08 | Deposit | 43381418 | $8,500.00 |
| 08/11 | Deposit | 107298351 | 8,020.00 |
| **Total Deposits and Additions** | | | **$16,520.00** |

### ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/09 | Book Transfer Debit A/C: Alpha Bank Ltd Nicosia 1596 Nicosia Cyprus 21661 - Ref: Acct Cy9400900202000202021060169540 Trn: 0010100221Es | $8,500.00 |
| 08/11 | Book Transfer Debit A/C: Alpha Bank Ltd Nicosia 1596 Nicosia Cyprus 21661 - Ref:/Bnf/Iban: Cy9400900202000202021060169540 Trn: 0573500223Es | 8,000.00 |
| **Total Electronic Withdrawals** | | **$16,500.00** |

Page 1 of 4



GOVERNMENT
EXHIBIT

B

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G27Feb08-1388
Sequence number    Posting date

## CHASE 

JPMorgan Chase Bank, N.A.
Illinois Market
P O Box 260180
Baton Rouge, LA 70826 - 0180

June 21, 2006 through July 21, 2006
Account Number: 0

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| WebSite: | www.Chase.com |
| Service Center: | 1-877-226-5663 |
| Hearing Impaired: | 1-888-663-4833 |
| Para Espanol: | 1-888-226-5663 |

00048960 DDA 111 KB 29306 - NYY T  1  000000000  14 0000
CRISTINA M SAVU
          .E AVE
CHICAGO IL 60660-2703

---

### CHECKING SUMMARY    Chase Basic Checking

| | AMOUNT |
|---|---|
| Beginning Balance | $50.00 |
| Deposits and Additions | 8,050.00 |
| Electronic Withdrawals | - 8,000.00 |
| Other Withdrawals, Fees & Charges | - 20.00 |
| Ending Balance | $80.00 |

Your monthly service fee was waived because you maintained a positive minimum balance throughout the statement period.

### DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/28 | Deposit      33035795 | $8,050.00 |
| **Total Deposits and Additions** | | **$8,050.00** |

### ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/28 | Book Transfer Debit A/C: Alpha Bank Ltd Nicosia 1596 Nicosia Cyprus 21661- Ref: Cy9400900202000202106016954O Tm: 0422400179Es | $8,000.00 |
| **Total Electronic Withdrawals** | | **$8,000.00** |

### OTHER WITHDRAWALS, FEES & CHARGES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/28 | Outgoing Foreign Wire Fee | $20.00 |
| **Total Other Withdrawals, Fees & Charges** | | **$20.00** |

Page 1 of 4