# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew F. Kennelly | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 862 | **DATE** | 8/4/2008 |
| **CASE TITLE** | USA vs. Christina Savu, Igori Goreaciuc | | |

**DOCKET ENTRY TEXT**

Status hearing date of 8/20/2008 is vacated and reset to 8/28/2008 at 9:30 AM.

Counsel is to note that the case will be called first on 8/28/2008 and should be in court prior to 9:30 AM.

Ordered time excluded from 8/20/2008, through 8/28/2008, in the interest of justice, pursuant to 18 U.S.C. 3161(h)(8)(I). (X-T1)

Docketing to mail notices.

| | Courtroom Deputy Initials: | OR |
|---|---|---|