IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | No.   1:07-cr-00862 - 3 |
| CRISTINA SAVU | |

**DEFENDANT CRISTINA SAVU'S MOTION FOR ORDER
TRANSFERRING DEFENDANT FROM KANKAKEE FACILITY**

NOW COMES the Defendant, CRISTINA SAVU, by and through her attorney, JOHN T. THEIS, and moves this Honorable Court for an Order transferring her from the Jerome Combs Detention Center in Kankakee, Illinois to a Federal facility while awaiting trial, stating in support thereof as follows:

1. Defendant has been charged in an indictment before this Court with participating in a scheme to defraud, in violation of Title 18 U.S.C. § 1343.

2. Defendant is a 25 year old native of Romania with no prior criminal record who has lived in the Chicago area since April of 2006; prior to her coming to Chicago, she lived in Atlanta, Georgia, where she was participating in a training program through Hilton Hotels where she legally entered the United States, although she currently has extended her stay in the United States beyond the terms of her original contract and visa.

3. Defendant has been housed since approximately April 8, 2008, at the Jerome Combs Detention Center in Kankakee, Illinois; this is a county jail, and not a Federal facility.

4. Although Courts are understandably reluctant to order pre-trial detainees to be held at a particular facility, or to be moved from one facility to another, the county jail in Kankakee County, Illinois known as the Jerome Combs Detention Center is not an acceptable

pre-trial detention facility for the following reasons:

    (a)    the Defendant, like all female pre-trial detainees at the Kankakee facility, is housed with State Court arrestees, who are charged with violent offenses and drug offenses, and these individuals are moved in and out of the facility frequently;

    (b)    because of the mix of State and Federal prisoners, Defendant has been physically assaulted by another prisoner, and has been negatively impacted by the lack of sanitation and healthcare provided to inmates;

    (c)    for example, Defendants are given used undergarments at the Kankakee facility (as opposed to the Metropolitan Correctional Center where individuals can purchase their own undergarments);

    (d)    Defendant, although she has not been convicted of any offense, is treated not as a pre-trial detainee, but as subject to conditions which are clearly punitive; female prisoners are locked down in their cells a minimum of 20 hours per day, and often 24 hours a day; the prisoners are often told that the facility does not have the personnel to monitor them outside their cells, and that they will be allowed outside their cell on another shift, and often that does not occur;

    (e)    Defendant has not been outside of the structure except to be transported to Chicago on her few court dates; there is no outside exercise or access to fresh air, and the Defendant has suffered severe depression and mental problems by her lack of contact with outside air for nearly five months; in fact, there are not even windows to the outside world;

    (f)    the food at the Kankakee facility is inadequate and unhealthy; pre-trial detainees are given no fresh fruit and no fresh vegetables, the menu is limited, repetitious, and unhealthy;

    (g)    Defendant is allowed to exercise only twice a week for 45 minutes, but the exercise times are frequently canceled;

    (h)    Defendant has been threatened and intimidated by other inmates;

    (i)    visitation at the Jerome Combs facility is infrequent and under conditions which are very difficult, including a 45 minutes visit once a week on a camera, whereas for example at the Metropolitan Correctional Center females are entitled to two visits a week for as much as three hours;

5.    The above problems at the Jerome Combs Detention Center are in addition to the

general problems of distance (the facility is over an hour south of Chicago, where the Defendant's case is being heard), which inhibits trial preparation and attorney access.

6. In addition to the problems that all inmates have at the Kankakee facility, the Defendant has had an additional problem, in that little or none of her incoming or outgoing mail reaches its destination. The Defendant writes and receives mail in the Romanian language, and the facility will not deliver mail in her language, apparently because they have no one who can translate the letters before they reach their destination; Defendant has sent and had sent to her numerous letters which never arrive at the destination; although she has been told by the facility that they do not hold her mail, there is substantial evidence to the contrary.

7. The above circumstances are intolerable for an individual who is merely accused of a criminal offense, and who is attempting to resolve her case; what inevitably happens under such circumstances is that the terms of detention eventually affect the substantive resolution of the case.

WHEREFORE, the Defendant, CRISTINA SAVU, respectfully requests that this Court issue an Order transferring her to another facility other than the Jerome Combs Detention Center in Kankakee while she resolves the case before this Court.

Respectfully submitted,

s/John T. Theis
JOHN T. THEIS
Barrister Hall - Suite 220
29 South La Salle Street
Chicago, IL 60603
Phone: (312) 782-1121
Fax: (312) 782-2852
theislaw@aol.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 22, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants.

                                        s/[John T. Theis]
                                        JOHN T. THEIS
                                        Barrister Hall - Suite 220
                                        29 South La Salle Street
                                        Chicago, IL 60603
                                        Phone:  (312) 782-1121
                                        Fax:     (312) 782-2852
                                        theislaw@aol.com

F:\Clancy\AATHEIS\2006\Savu\mottransfer.wpd