**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

UNITED STATES OF AMERICA,

v.                                    No.    1:07-cr-00862 - 3

CRISTINA SAVU

**NOTICE OF MOTION**

PLEASE TAKE NOTICE THAT on Thursday, August 28, 2008, at 9:30 a.m., I shall appear before Judge Matthew F. Kennelly in Courtroom 2103 of the U.S. District Courthouse, 219 South Dearborn Street, Chicago, IL 60604 and present Defendant Cristina Savu's Motion for Order Transferring Defendant from Kankakee Facility (Document 69).

Respectfully submitted,

s/John T. Theis
JOHN T. THEIS
Barrister Hall - Suite 220
29 South La Salle Street
Chicago, IL 60603
Phone:  (312) 782-1121
Fax:     (312) 782-2852
theislaw@aol.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 22, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants.

s/[John T. Theis]
JOHN T. THEIS
Barrister Hall - Suite 220
29 South La Salle Street
Chicago, IL 60603
Phone:  (312) 782-1121
Fax:     (312) 782-2852
theislaw@aol.com

F:\Clancy\AATHEIS\2006\Savu\notmot001.wpd